# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Richard L. Humm | : | Case No.: 18-50224 |
| Carolyn S. Humm | : | Chapter 13 |
| | : | Judge Alan M. Koschik |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **U.S. Bank National Association as Trustee for NRZ Inventory Trust** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Stephen R. Franks |
| Sarah E. Barngrover (28840-64) | Stephen R. Franks (0075345) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | srfranks@manleydeas.com |

19-015267_PS

# CERTIFICATE OF SERVICE

This is to certify that on August 25, 2021, a true and accurate copy of the foregoing Notice of Substitution of Counsel for Creditor was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

- Keith Rucinski, Chapter 13 Trustee, efilings@ch13akron.com

- David A. Mucklow, Attorney for Richard L. Humm and Carolyn S. Humm, davidamucklow@yahoo.com

and on the below listed parties by regular U.S. mail, postage prepaid:

- Richard L. Humm and Carolyn S. Humm, 1330 Valley Drive, Akron, OH 44312

- Summit County Fiscal Officer, 175 South Main Street, Akron, OH 44308

- Select Portfolio Servicing, Inc., Attn: Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165

/s/ Stephen R. Franks

19-015267_PS